# EXHIBIT 3

COLORADO
Department of Labor and Employment
CDLE

**Division of Labor Standards and Statistics**
633 17th Street, Denver, CO 80202-2701
303-318-8441 | www.ColoradoLaborLaw.gov | www.LeyesLaboralesDeColorado.gov

March 21, 2024

Diversified Builders Incorporated d/b/a DBI
8360 W 48th Avenue.
Wheatridge, CO 80033

Fisher & Phillips LLP
1125 17th St., Suite 2400
Denver, CO 80202

By email only to:
dmackender@fisherphillips.com

**Case Number**: 20-0027

## NOTICE OF EVIDENCE AND EXPANDED INVESTIGATION

The DI Unit issues this Notice of Evidence and Expanded Investigation to DBI. Section I of this Notice expands the temporal scope of this investigation. Section II provides DBI with transcripts that are corrected versions of transcripts previously provided.

### I. Notice of Expanded Investigation

The Division expands the temporal scope of this investigation time period through May 17, 2022. The investigatory time period, sometimes referred to in the Division's documents as the "Covered Period" is now January 1, 2018 to May 17, 2022. The expanded time period applies to the same violations identified in the original NOI:

(1) Classifying workers as "independent contractors," rather than as "employees," thereby depriving them of the rights of "employees" under Title 8 of the Colorado Revised Statutes.

(2) Failing to pay all earned wages to workers, including but not limited to final wages due upon termination, wages for paid rest periods, and overtime wages.

(3) Failing to provide workers itemized pay statements and notices of their rights required by laws and rules governing wage rights; paid sick days; and whistleblowing and personal protective equipment use during a public health emergency.

Because the Division is expanding the scope of the investigation, it is providing DBI with an additional opportunity to respond to the demands propounded in the NOI (attached). The Division notes that it ordered DBI to supplement its responses to the NOI through May 17, 2022. DBI did supplement its responses in July 2022 and November 2022 to include information through at least May 2022. If DBI wishes to supplement its existing submissions to the DI Unit, or otherwise provide any additional documentation, information, and/or other evidence based on the expanded investigatory time period, please provide your response by April 4, 2024.

## II. Notice of Evidence

The DI Unit within the Division of Labor Standards and Statistics is providing you with corrections to the following previously disclosed transcripts:

- Edson Marroquin transcript Bates stamped DLSS 011018 – DLSS 011043. A corrected transcript is provided here, Bates stamped DLSS 021490 – DLSS 021518.
- Julio Ortiz transcript Bates stamped DLSS 011044 – DLSS 011075. A corrected transcript is provided here, Bates stamped DLSS 021519 – DLSS 021550.
- Dublas Quinones transcript Bates stamped DLSS 010993 – DLSS 011016. A corrected transcript is provided here, Bates stamped DLSS 021551 – DLSS 021576.

At your option, should you wish to supplement your existing submissions to the DI Unit, or otherwise provide any additional documentation, information, and/or other evidence based on the enclosed, please provide any such supplementation by April 4, 2024. Any request for an extension for such submission is due at least three business days before the above deadline, and should request no longer an extension than is necessary to offer a submission pertaining to materials enclosed.

## Conclusion

Please contact the undersigned if you have any questions about this Notice of Evidence and Expanded Investigation or the accompanying materials.

**Jose Lopez**
*Lead Bilingual Misclassification Investigator/Compliance Investigator II*
720-583-4635
Jose.Lopez@state.co.us